[No. 6106–6–II.   Division Two.   September 15, 1983.]

LEONARD P. PETERSON, ET AL, *Appellants,* v. DAGMAR OSTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 49184, Herbert E. Wieland, J., entered December 29, 1981. *Affirmed as modified* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6982–2–II.   Division Two.   September 15, 1983.]

*In the Matter of the Personal Restraint of*
ROBERT L. MOXIN, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 10619–8–I.   Division One.   September 19, 1983.]

KEITH ALAN LENNON, *Respondent,* v. ROBERT J. LENNON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–4–01051–1, David W. Soukup, J., entered July 16, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Scholfield, J.

[No. 11840–4–I.   Division One.   September 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD L. SENTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–04013–1, Frank H. Roberts, Jr., J., entered June 10, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Corbett, J.